[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 13, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-14888
Non-Argument Calendar

_____

D. C. Docket No. 07-01190-CV-CAP-1
BKCY No. 01-88200-BKC-PW

In Re:  HOSPITALITY VENTURES/LAVISTA,


                                        Debtor.

_____

HOSPITALITY VENTURES/LAVISTA,


                                        Plaintiff,

                        versus

HEARTWOOD II, LLC,
VESTA HOLDINGS I, LLC,
VESTA HOLDINGS, INC.,


                                        Defendants-Third Party-
                                        Plaintiffs-Appellees,

                        versus

DEKALB COUNTY,
TAX COMMISSIONER OF DEKALB COUNTY,
Claudia G. Lawson,

Third Party-Defendants-
Appellants.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(February 13, 2008)**

Before BIRCH, DUBINA and WILSON, Circuit Judges.

PER CURIAM:

After reviewing the record and the parties' briefs, we conclude that the bankruptcy court properly exercised subject-matter jurisdiction over Heartwood's claim against DeKalb County. We find no error, therefore, in either the district court's adoption of the bankruptcy court's proposed findings of fact and conclusions of law or its entry of judgment in Heartwood's favor. DeKalb County's additional arguments, moreover, are meritless. Accordingly, we affirm.

**AFFIRMED.**